ROB BONTA
Attorney General of California
JAY GOLDMAN
Supervising Deputy Attorney General
NORMA MORALES
Deputy Attorney General
State Bar No. 221466
  600 West Broadway, Suite 1800
  San Diego, CA  92186-5266
  Telephone:  (619) 738-9727
  Fax:  (619) 645-2581
  E-mail:  Norma.Morales@doj.ca.gov
*Attorneys for Defendant*
*T. Deslaurier Rixman*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH MILLER,**<br><br>Plaintiff,<br><br>v.<br><br>**DESLAURIEL,**<br><br>Defendant. | 3:23-cv-06629-TLT<br><br>**DECLARATION OF T. DESLAURIER-RIXMAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:        Hon. Trina L. Thompson<br>Action Filed: December 27, 2023 |

1

I, T. Deslaurier-Rixman, declare as follows:

1.    I have been employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Officer at Salinas Valley Prison (SVSP) since November 2017 until the present.

2.    I understand that Plaintiff Joseph Miller (Inmate Identification Number 110654) alleged that I beat him for his "disrespect" towards me, and that I exerted excessive force in violation of his constitutional rights on October 27, 2021.  I can accurately say that this did not occur.  I reviewed all my records to assure that this is accurate, and I have no records of any incident between myself and Miller.  I have never hit, assaulted, beaten, or otherwise physically harmed Miller in any way, for any reason.  If I had used force on October 27, 2021, a use of force report would have been written and it would be documented in the daily report, but none was prepared for this date, and I would recall said incident.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on December 9, 2024, in

Seaside_____ , California.

_____

T. Deslaurier-Rixman

84859068.docx

Decl. T. Deslaurier-Rixman Supp. Def's. Mot. Summ J. (3:23-cv-06629-TLT)