UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MILLER,

Plaintiff,

v.

DESLAURIEL,

Defendant.

Case No. 23-cv-06629-NW

**ORDER REFERRING MATTER FOR APPOINTMENT OF COUNSEL**

On January 30, 2026, the Court received a notice from Defendant seeking referral to the Northern District of California's Pro Se Prisoner Settlement Program in lieu of filing a second motion for summary judgment. *See* ECF No. 82. The Court referred the parties as requested, but no agreement was reached following a conference held on March 12, 2026. *See* ECF No. 86 (minute order noting that parties did not settle). The parties have made no further motions and the case appears ripe for trial.

In the interest of resolving this matter, and with good cause appearing, the Court hereby **REFERS** this action to the Federal Pro Se Program to secure pro bono counsel to represent Miller in this action. The scope of this referral shall be for all purposes.

The Clerk shall forward to the Federal Pro Se Program copies of:

1. this order;

2. the docket sheet;

3. the Complaint (ECF No. 1),

4. the Court's order denying Defendant's motion for summary judgment (ECF No. 66).

Once the Federal Pro Se Program informs the Court that counsel has been secured and

counsel is appointed by the Court, or the Federal Pro Se Program determines that no suitable counsel is available to represent Miller in this action, the Court will schedule a case management conference so the matter can proceed to trial.

**IT IS SO ORDERED.**

Dated: May 11, 2026

Noël Wise
United States District Judge