UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MILLER,

Plaintiff,

v.

DESLAURIEL,

Defendant.

Case No. 23-cv-06629-NW

**ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF**

On May 11, 2026, the Court referred Plaintiff Joseph Miller to the Federal *Pro Se* Program to find a volunteer attorney to represent him in this prisoner civil rights matter.

The Court was informed in writing that the following attorneys have agreed to serve as appointed pro bono counsel for Plaintiff in this action: Katie Lynn Joyce (Cal. SBN 308263) and Bilal Malik (Cal. SBN 318767) of the law firm Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, CA 94111-1809. The Court appreciates counsels' interest and commitment, and, good cause shown, **APPOINTS** Katie Lynn Joyce and Bilal Malik as pro bono counsel for Plaintiff in this matter pursuant to 28 U.S.C. § 1915(e)(1), General Order No. 25 and the Federal *Pro Se* Project's guidelines.

The Clerk shall update the docket to reflect Plaintiff's newly appointed counsel and set this matter for a case management conference within 120 days of this order. All proceedings in this action are stayed until that time.

**IT IS SO ORDERED.**

Dated: July 16, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California